# OPINIONS PER CURIAM, ETC., FROM JULY 18, 1903, TO DECEMBER 16, 1903.

No. 45. MOURRAILLE *v.* ARGÜESO.—Appeal from the District Court of San Juan. Decided July 18, 1903. Withdrawn on the request of the party appellant. *Mr. Cuevillas,* for appellant. *Mr. López Landrón,* for respondent.

No. 9. BAS *v.* THE PEOPLE.—Appeal from the District Court of San Juan. Decided October 5, 1903. Appeal declared abandoned, the party appellant having failed to appear.

No. 4. ARGÜESO ET AL *v.* MÜLLENHOFF & KÖRBER.—Application for a writ of mandamus. Decided October 5, 1903. Application denied. *Mr. López Landrón,* for plaintiffs.

No. 38. BENGOA *v.* TORO.—Appeal from the District Court of Mayagüez. Decided October 5, 1903. Withdrawn on the request of the party appellant. *Mr. Ramírez Vigo,* for appellant.

No. 62. FERNÁNDEZ *v.* BAUZÁ.—Appeal from the District Court of Mayagüez. Decided October 5, 1903. Appeal declared abandoned, the party appellant having failed to appear. *Mr. Ramírez Vigo,* for respondent.